UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LISA UNSWORTH, MICHAEL RAMONE, CHRISTOPHER POTTER, THERESE COOPER, and CHARLES SANDERSON, individually, and on behalf of herself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LEWIS & CLARK COLLEGE,<br><br>　　　　Defendant. | Case No. 3:24-cv-00614-SB<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

Pursuant to the Court's June 21, 2024 Order, Plaintiffs Lisa Unsworth, Michael Ramone, Christopher Potter, Therese Cooper, and Charles Sanderson (collectively, "Plaintiffs") and Defendant Lewis & Clark College ("Defendant") (collectively, the "Parties") by and through their respective counsel, jointly advise the Court of the following:

On September 23, 2024, the Parties participated in a mediation before Bruce Friedman, Esq. of JAMS. As a result of the mediation, the Parties reached a settlement in principle. The Parties are currently finalizing the details of the settlement agreement. The parties will endeavor to file the settlement agreement along with a motion for preliminary approval within 45 days, by November 8, 2024.

In light of the settlement, the Parties request that all deadlines in this case be stayed pending approval of the settlement.

Dated: September 27, 2024

/s/ Nickolas J Hagman
**Kim D. Stephens**, OSB#30635
**Cecily C. Jordan** (*Pro Hac Vice* forthcoming)
**Kaleigh N. Boyd** (*Pro Hac Vice*)
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 628-2992
kstephens@tousley.com
cjordan@tousley.com
kboyd@tousley.com

**Daniel O. Herrera**
**Nickolas J. Hagman** (*Pro Hac Vice*)
**Mohammed A. Rathur**
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com
mrathur@caffertyclobes.com

*Attorneys for Plaintiff and the Proposed Class*

Respectfully submitted,

/s/  David W. Schelberg
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
1140 SW Washington St., Ste. 700
Portland, OR 97205
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Timothy J. Lowe** (*Pro Hac Vice*)
tlowe@mcdonaldhopkins.com
**David W. Schelberg** (*Pro Hac Vice*)
dschelberg@mcdonaldhopkins.com
MCDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone:  248.646.5070
Facsimile:  248.646.5075

*Attorneys for Defendant Lewis & Clark College*