UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LISA UNSWORTH, MICHAEL RAMONE, CHRISTOPHER POTTER, THERESE COOPER, and CHARLES SANDERSON, individually, and on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS & CLARK COLLEGE,<br><br>Defendant. | Case No. 3:24-cv-00614-SB<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT** |

Pursuant to the Parties September 27, 2024 Joint Status Report (ECF 21) and the Court's September 27, 2024 Order (ECF 22), Plaintiffs Lisa Unsworth, Michael Ramone, Christopher Potter, Therese Cooper, and Charles Sanderson (collectively, "Plaintiffs") and Defendant Lewis & Clark College ("Defendant") (collectively, the "Parties") by and through their respective counsel, jointly advise the Court of the following:

The Parties in this case have been diligently working to finalize a settlement agreement, however, the Parties require additional time to complete the settlement terms and subsequently file an accompanying Motion for Preliminary Approval. The Parties hereby request an additional twenty-eight (28) days, or until December 6, 2024, to file the Motion for Preliminary Approval.

WHEREFORE, the Parties respectfully request that the Court extend their deadline to file a Motion for Preliminary Approval by twenty-eight (28) days, to December 6, 2024.

Dated: November 8, 2024

Respectfully submitted,

/s/ Nickolas J Hagman
**Daniel O. Herrera**
**Nickolas J. Hagman** (*Pro Hac Vice*)
**Mohammed A. Rathur**
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com
mrathur@caffertyclobes.com

**Kim D. Stephens**, OSB#30635
**Cecily C. Jordan** (*Pro Hac Vice* forthcoming)
**Kaleigh N. Boyd** (*Pro Hac Vice*)
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 628-2992
kstephens@tousley.com
cjordan@tousley.com
kboyd@tousley.com

*Attorneys for Plaintiff and the Proposed Class*

/s/  David W. Schelberg
**John C. Clarke**, OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
1140 SW Washington St., Ste. 700
Portland, OR 97205
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Timothy J. Lowe** (*Pro Hac Vice*)
tlowe@mcdonaldhopkins.com
**David W. Schelberg** (*Pro Hac Vice*)
dschelberg@mcdonaldhopkins.com
MCDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone:  248.646.5070
Facsimile:  248.646.5075

*Attorneys for Defendant Lewis & Clark College*